FILED: October 13, 2009

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT



No. 08-1546 (L)
(1:07-cv-00665-LMB-TRJ)

---

SHIPBUILDERS COUNCIL OF AMERICA, INCORPORATED; CROWLEY MARITIME CORPORATION; OVERSEAS SHIPHOLDING GROUP, INCORPORATED,

   Plaintiffs - Appellees

v.

UNITED STATES COAST GUARD; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; NATIONAL VESSEL DOCUMENTATION CENTER,

   Defendants - Appellants

SEABULK PETROLEUM TRANSPORT, INCORPORATED; SEABULK ENERGY TRANSPORT, INCORPORATED,

   Intervenor/Defendant - Appellants

 and

US SHIPPING PARTNERS LLP,

   Intervenor/Defendant

-------------------------------

MATSON NAVIGATION COMPANY, INCORPORATED,

   Amicus Supporting Appellant

---

## MANDATE

The judgment of this Court, entered 8/21/09, takes effect today.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Patricia S. Connor, Clerk